# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORBIN JAMES KENNEDY,<br><br>Defendant. | CASE NO. 1:12-CR-00414-LJO-SKO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 23) |

On June 21, 2016, the Federal Defender's Office ("FDO"), on behalf of Petitioner Corbin James Kennedy, filed a motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). *See* ECF No. 23. Accordingly,

**IT IS HEREBY ORDERED** that from the date of the FDO's filing, the government shall file a response to Petitioner's Section 2255 Motion within **60 days** (*on or before August 22, 2016*). From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

Dated:   **July 5, 2016**               /s/ Lawrence J. O'Neill   
                                    UNITED STATES CHIEF DISTRICT JUDGE