## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

         v.                       CR NO:  1:12-CR-00414

CORBIN KENNEDY

                    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    Corbin,  James Kennedy

Detained at    Coleman II USP

Detainee is:    a.)   ☐ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                       charging detainee with:

    or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☒ return to the custody of detaining facility upon termination of proceedings
    or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                  is currently being served at the detaining facility

*Appearance is necessary on* **November 21, 2016 at 10:00 a.m. for Resentencing** *in the Eastern District of*

Signature:    /s/ MELANIE L. ALSWORTH

Printed Name & Phone No:    Melanie L. Alsworth

Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, On November 21, 2016 at 10:00 a,m, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    11/8/2016

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female |
| Booking or CDC #:   69494-097 | | DOB: |
| Facility Address:   846 NE 54th Terrace, Sumterville, FL | | Race:  White |
| Facility Phone: | | FBI#: |
| Currently | | |

## RETURN OF SERVICE

Executed on:

(signature)