1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,              Case No.:  1:12-CR-00414-001 LJO

8            Plaintiff,                    ORDER OF RELEASE

9        v.

10  CORBIN JAMES KENNEDY

11           Defendant.

12

13      The above named defendant having been sentenced on December 12, 2016, to 51 Months

14  and 1 day (TIME SERVED).

15      IT IS HEREBY ORDERED that the defendant shall be released to the Federal Defender

16
    Investigator, Kevin Mitchell, on Tuesday, December 13, 2016 at 8:00am.
17
        A certified Judgment and Commitment order to follow.
18

19

20  IT IS SO ORDERED.

21      Dated:   **December 12, 2016**          **/s/ Lawrence J. O'Neill**
22                                      UNITED STATES CHIEF DISTRICT JUDGE

23

24

25

26

27

28