HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CORBIN KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORBIN KENNEDY,<br><br>　　　　Defendant. | Case No. 1:12-cr-00414 LJO-SKO<br><br>STIPULATION AND ORDER TO VACATE CONTESTED HEARING AND SET SENTENCING HEARING ON ALREADY ADMITTED VIOLATIONS<br><br>DATE: May 1, 2017<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the contested violation hearing on Charges 3 and 4 of Petition currently scheduled for April 10, 2017 at 9:45 a.m. be vacated as the government will be moving to dismiss those charges and proceeding with sentencing only on the already admitted Charges 1 and 2. In order to give the Probation Officer time to prepare a report and give the parties time to prepare for the hearing, the parties would ask the court to schedule the sentencing hearing for May 1, 2017 at 10:00 a.m.

As this case is an already admitted supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

/ / /

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TABLERT<br>United States Attorney |
| DATED: April 6, 2017 | By: | /s/ *Melanie Alsworth*<br>MELANIE ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 6, 2017 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CORBIN KENNEDY |

**O R D E R**

IT IS SO ORDERED.

Dated: **April 6, 2017**          /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE