IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00414-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CORBIN JAMES KENNEDY | |
| Defendant. | |

The above named defendant has been accepted to the Dream Center Discipleship located at 2301 Bellevue Avenue, Los Angeles, California 90026 Drug Treatment Program for a period of up to 2 years.

IT IS HEREBY ORDERED that the defendant shall be released to the Federal Defender Investigator, Kevin Mitchell, on Tuesday, May 2, 2017 at 5:45am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **May 1, 2017**        /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE